■ STANLEY & SON, INC., Appellant, v WELLS FARGO ALARM SERVICES, INC., et al., Respondents. [750 NYS2d 557] —Order, Supreme Court, New York County (Marcy Friedman, J.), entered on or about January 8, 2002, unanimously affirmed for the reasons stated by Friedman, J., with costs and disbursements. No opinion. Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Rosenberger, JJ.